### No. 1877
### Second Circuit Appeal

---

### AUTO ELECTRIC COMPANY v. J. V WILKINSON

---

(Feb. 20, 1925, Opinion and Decree.)

---

(*Syllabus by the Editor.*)

1. **Louisiana Digest—New Trial—Par. 27.**
In view of Code of Practice, Articles 560 and 561, where before judgment signed defendant filed motion for new trial showing relevant and important newly-discovered evidence supported by proper affidavit, he is entitled to a new trial.

Appeal from City Court, City of Shreveport Louisiana, Hon. David B. Samuels, Judge.

REYNOLDS, J.

Action to recover $258.10 for repair work on an automobile.

Defendant denies liability on the ground that the charges are excessive and that the work was not done in a workmanlike manner.

Before the judgment was signed defendant filed motion for a new trial on the ground of newly discovered evidence and the same was denied. Defendant appealed. Reversed and remanded.

Cook & Cook, of Shreveport, attorneys for plaintiff, appellee.

Herndon & Herndon, of Shreveport, attorneys for defendant, appellant.

In this case there was judgment for the plaintiff. Before the judgment was signed the defendant filed a motion for new trial on the ground of newly discovered evidence and set up fully what the evidence was and gave the name of the witness by whom it could prove said newly discovered facts.

The evidence, we think, is relevant and important.

Defendant supported his application for new trail by proper affidavit.

We think the judge erred in refusing the new trial.

The affidavit in support of the application for new trial brings the defendant within the articles of the Code of Practice which provides for such relief.

Code of Practice, 560, 561.

Stone vs. Rose, 2 La. Ann. 225.

Robinson vs. Howell, 22 La. Ann. 524.

It is therefore ordered that the judgment be set aside and that this case be remanded for a new trial.

It is further ordered that the appellee pay the costs of this appeal.